FILED

13 APR 23 PM 4:05

DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MERT EREL, individually and on behalf of all others similarly situated,, Plaintiff, vs. NCO FINANCIAL SYSTEMS, INC., Defendant. | CASE NO. 13-CV-0317 BEN RBB<br>**ORDER**<br>[ECF No. 8] |
|---|---|

Presently before the Court is Plaintiff's request for voluntary dismissal of this action <u>with prejudice</u>. ECF No. 8. Plaintiff Mert Erel commenced this action on February 8, 2013. Pursuant to Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order if the notice is served before the opposing party files an answer or motion for summary judgment. Defendant has filed neither. No order of the court is required. The action has been dismissed with prejudice.

DATED: April 23, 2013

HON. ROGER T. BENITEZ
United States District Court Judge